IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NORMAN RAY WILSON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 11-00324-KD-N |
| | ) | |
| MARIANNA FCI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 14, 2011, is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **TRANSFERRED** to the United States District Court for the Northern District of Florida. The Clerk is directed to take such steps as are necessary to effectuate this transfer.

**DONE** this 9th day of August, 2011.

                                              s/ Kristi K. DuBose
                                              KRISTI K. DuBOSE
                                              UNITED STATES DISTRICT JUDGE